IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
HOT SPRINGS DIVISION

MARCEESE WATKINS                                                                                          PLAINTIFF

v.                                      Case No. 6:23-cv-6104

SGT. DELANEY (Sergeant ID# 47503,
ORCU, ADC)                                                                                                DEFENDANT

## ORDER

Before the Court is a Report and Recommendation ("R&R") issued by the Honorable Christy D. Comstock, United States Magistrate Judge for the Western District of Arkansas. ECF No. 30. Judge Comstock recommends that Plaintiff's Second Amended Complaint (ECF No. 14) be dismissed without prejudice for failing to prosecute this matter in violation of Federal Rule of Civil Procedure 41(b) and for failing to obey Orders of the Court in violation of Local Rule 5.5(c)(2). Plaintiff has not objected to the R&R, and the time to do so has passed. *See* 28 U.S.C. § 636(b)(1).

Upon review, finding that there is no clear error on the face of the record and that Judge Comstock's reasoning is sound, the Court adopts the R&R (ECF No. 30) in toto. Plaintiff's Second Amended Complaint (ECF No. 14) is hereby **DISMISSED WITHOUT PREJUDICE**.

**IT IS SO ORDERED**, this 25th day of October, 2024.

/s/ Susan O. Hickey
Susan O. Hickey
Chief United States District Judge